

# The Attorney General of Texas

April 4, 1978

JOHN L. HILL
Attorney General

Supreme Court Building
P.O. Box 12548
Austin, TX. 78711
512/475-2501

701 Commerce, Suite 200
Dallas, TX. 75202
214/742-8944

4824 Alberta Ave., Suite 160
El Paso, TX. 79905
915/533-3484

723 Main, Suite 610
Houston, TX. 77002
713/228-0701

806 Broadway, Suite 312
Lubbock, TX. 79401
806/747-5238

4313 N. Tenth, Suite F
McAllen, TX. 78501
512/682-4547

200 Main Plaza, Suite 400
San Antonio, TX. 78205
512/225-4191

An Equal Opportunity
Affirmative Action Employer

Honorable Leonard Prewitt
Executive Secretary
Teacher Retirement System of Texas
1001 Trinity Street
Austin, Texas

Honorable Joe Murphy
Executive Director
Employees Retirement System
   of Texas
1800 San Jacinto
Austin, Texas 78711

Opinion No. H- 1150

Re: Whether employees of the
School Tax Assessment Practices
Board are members of the
Teacher Retirement System of
Texas or the Employees Retire-
ment System of Texas.

Gentlemen:

You have requested our opinion regarding whether employees of the School Tax Assessment Practice Board are members of the Teacher Retirement System or the Employees Retirement System.

The School Tax Assessment Practices Board was established by the 65th Legislature. Education Code § 11.71 - 11.88, Acts 1977, 65th Leg., ch. 1, at 29. The same statute amended section 11.01 of the Education Code to read:

> The State Board of Education, the State Board for Vocational Education, the state commissioner of education, the School Tax Assessment Practices Board, and the State Department of Education shall comprise the Central Education Agency.

(Emphasis added).

Section 3.03 of the Education Code provides that, with certain exceptions,

> [e] very employee in any public school or other branch or unit of the public school system of this State is a

member of the [teacher] retirement system as a condition
of his employment.

"Employee" includes "any person employed to render service on a full-time, regular
salary basis by . . . the Central Education Agency. . . ." Education Code S 3.02.
Since the School Tax Assessment Practices Board is a component of the Central
Education Agency, it seems clear that the Teacher Retirement System, rather than
the Employees Retirement System, is the system which must extend coverage to
Board employees. Accordingly, it is our opinion that all persons employed by the
School Tax Assessment Practices Board on a full-time regular salary basis are
members of the Teacher Retirement System.

## SUMMARY

All persons employed by the School Assessment Practices
Board on a full-time regular salary basis are members of the
Teacher Retirement System.

Very truly yours,

JOHN L. HILL
Attorney General of Texas

APPROVED:

DAVID M. KENDALL, First Assistant

C. ROBERT HEATH, Chairman
Opinion Committee

jst